United States District Court
Southern District of Texas
**ENTERED**
January 05, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARCUS HERNANDEZ, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:19-cv-00265 |
| | § | |
| TEXAS FARMERS INSURANCE | § | |
| COMPANY. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On October 8, 2020, all non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(A). Dkt. 25. On December 21, 2020, Judge Edison filed a memorandum and recommendation (Dkt. 31) recommending that Texas Farmers Insurance Company's Motion for Summary Judgment (Dkt. 30) be granted and that this case be dismissed.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1)    Judge Edison's memorandum and recommendation (Dkt. 31) is approved and adopted in its entirety as the holding of the court;

(2)    Texas Farmers Insurance Company's Motion for Summary Judgment (Dkt. 30) is granted; and

(3) this case is dismissed.

Signed on Galveston Island this the 5th day of January, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE